**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-237-01-CR-W-DW |
| | ) | |
| JAMES A. YOKUM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and

Recommendation (Doc. 32). Neither party has filed objections to the Report and

Recommendation. After an independent review of the record and applicable law, the

Court adopts Judge Hays' Report and Recommendation and finds that Defendant Yokum

is not currently suffering from a mental disease or defect which would prevent him from

understanding the nature and consequences of the proceedings against him or assisting in

his defense.

SO ORDERED.

Date : December 5, 2013                        _____/s/ Dean Whipple_____
                                                                         Dean Whipple
                                                                         United States District Judge